**AMOS v. N.C. FARM BUREAU MUT. INS. CO.**

[332 N.C. 340 (1992)]

KIMBERLY DAWN AMOS v. NORTH CAROLINA FARM BUREAU MUTUAL INSURANCE COMPANY

No. 393PA91

(Filed 4 September 1992)

ON discretionary review pursuant to N.C.G.S. § 7A-31 of a decision of the Court of Appeals, 103 N.C. App. 629, 406 S.E.2d 652 (1991), affirming an order entered 16 July 1990, *nunc pro tunc*, 2 July 1990, by *Downs, J.*, in the Superior Court, GRAHAM County. Heard in the Supreme Court 11 February 1992.

*Zeyland G. McKinney, Jr., and Leonard W. Lloyd for plaintiff-appellee.*

*Willardson & Lipscomb, by William F. Lipscomb, for defendant-appellant.*

FRYE, Justice.

For the reasons stated in this Court's decision in *Harris v. Nationwide Mut. Ins. Co.*, 332 N.C. 184, 420 S.E.2d 124 (1992), the decision of the Court of Appeals is affirmed.

Affirmed.

Justice MEYER dissenting.

I dissent for the reasons stated in my dissenting opinion in *Harris v. Nationwide Mut. Ins. Co.*, 332 N.C. 184, 195, 420 S.E.2d 124, 131 (1992).

Justice LAKE joins in this dissenting opinion.